# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN MARIA MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 2:23-cv-00382-NJK<br><br>**Order** |

Pending before the Court is Plaintiff's complaint. Docket No. 1. Plaintiff has paid the filing fee in this case. *See id.* Accordingly, the Clerk's Office is **INSTRUCTED** to provide notice of this action to the Commissioner of Social Security pursuant to Rule 3 of the Supplemental Rules for Social Security.

IT IS SO ORDERED.

Dated: March 13, 2023

                                              _____
                                              Nancy J. Koppe
                                              United States Magistrate Judge

1