UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN MARIA MARTINEZ,<br><br>      Plaintiff,<br><br>v.<br><br>KILOLO KIJIKAZI,<br><br>      Defendant. | Case No. 2:23-cv-00382-NJK<br><br>**ORDER**<br><br>[Docket No. 14] |

      Pending before the Court is the parties' stipulation to voluntary remand to the Social Security Administration. Docket No. 14. The formatting of the stipulation fails to comply with the Local Rules. *See* Local Rules IA 6-2; IA 10-1. However, as a onetime courtesy to the parties, the Court **GRANTS** the stipulation. Docket No. 14. The Clerk of the Court is **INSTRUCTED** to enter judgment accordingly and to close this case. Plaintiff's motion for remand is **DENIED**. Docket No. 12.

      IT IS SO ORDERED.

Dated: July 25, 2023

                                                              Nancy J. Koppe<br>                                                             United States Magistrate Judge